IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ISAIAH BALDWIN : CIVIL ACTION

v.

STEVEN R. GLUNT, et al. : NO. 13-4780

FILED
MAY 12 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 12 day of May, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation [1] of United States Magistrate Judge Elizabeth T. Hey, [2] IT IS ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. The petition for a writ of habeas corpus is DISMISSED AS UNTIMELY FILED.

3. There is no basis for the issuance of a certificate of appealability.

ENTERED
MAY 12 2014
CLERK OF COURT

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

(1) No objections were filed.

ECR